SHARONA ESLAMBOLY HAKIM, ESQ. (SBN 180998)
ARMIN ABAZARI, DPM, ESQ. (SBN 335410)
LAW OFFICES OF SHARONA ESLAMBOLY HAKIM
8730 Wilshire Blvd., Suite 500
Beverly Hills, California 90211
Telephone: (310) 289-9100
Facsimile: (310) 289-9101
eSERVICE:
sharona@sehlawfirm.com
armin@sehlawfirm.com
geoffrey@sehlawfirm.com
jmartinez@sehlawfirm.com
eduardom@sehlawfirm.com
Attorneys for Plaintiff,
SOBIT ALIYEV

MAYNARD NEXSEN LLP
ALBERT TONG (SBN 208439)
atong@maynardnexsen.com
JAMES J. HOCKEL (SBN 340612)
jhockel@maynardnexsen.com
201 California Street, Suite 400 San Francisco,
CA 94111 Telephone: 415.704.7433
Facsimile: 205.254.1999
Attorneys for Defendant
PILOT TRAVEL CENTERS LLC

LAW OFFICES OF ELSAMBOLY HAKIM
8730 Wilshire Blvd. Suite 500
Beverly Hills California
T: (310) 289-9100

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOBIT ALIYEV, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PILOT TRAVEL CENTERS LLC dba FLYING J TRAVEL CENTER, a Delaware limited liability company; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02818-WBS-JDP<br><br>**ORDER GRANTING STIPULATION TO LIMIT PLAINTIFF SOBIT ALIYEV'S DAMAGES AND REMAND BACK TO STATE COURT**<br><br>*****No Hearing Requested******* |

LAW OFFICES OF ELSAMBOLY HAKIM
8730 WILSHIRE BLVD. SUITE 500
BEVERLY HILLS CALIFORNIA
T: (310) 289-9100

## ORDER GRANTING JOINT MOTION

The Court noting the foregoing agreement and stipulation of the parties, hereby grants REMAND back to San Joaquin County Superior Court, Case STK-CV-UPI-2026-0000425.

**IT IS SO ORDERED**.

Dated: October 5, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE